RICOH COMPANY, LTD., Ricoh Americas Corporation, and Ricoh Electronics, Inc., Appellants,

v.

INTERNATIONAL TRADE COMMISSION,
Appellee,

and

Oki Data Corporation and Oki Data Americas, Inc., Intervenors.

No. 2011–1175.

United States Court of Appeals,
Federal Circuit.

March 21, 2011.

ON MOTION

ORDER

Ricoh Company, Ltd., Ricoh Americas Corporation, and Ricoh Electronics, Inc., move to dismiss their appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.